UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XCEL SOFTWARE, INC. ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11581-REK |
| ) | |
| DEPOT AMERICA, INC. ) | |

## MOTION FOR EXTENSION OF TIME
## TO ANSWER OR RESPOND TO COMPLAINT

    Defendant Depot America, Inc. (hereafter "Depot America") hereby requests a two-week extension of time from August 9, 2004 to August 23, 2004 to answer or otherwise move with respect to the First Amended Complaint filed by Xcel Software, Inc. (hereafter "Xcel").  This additional time is needed because the parties have been involved in intensive settlement negotiations over the past two week, with the result that attorneys for Depot America have not devoted the time needed to respond to the allegations in the Amended Complaint.

    Xcel filed this action on July 16, 2004.  On July 20, 2004, Xcel filed a First Amended Complaint.  Xcel did not serve either the Complaint or the First Amended Complaint personally on Depot America.  Instead, Depot America's attorney consented to accepting service of the First Amended Complaint on July 20, when a copy was sent by facsimile.

    Since July 20, Xcel and Depot America have been involved in extensive settlement negotiations.  These negotiations have required the attention of Depot America's attorneys for virtually the entire days of July 22 and July 23, 2004.  Related work for the negotiations has also required significant time by Depot America's attorneys on July 26-30 and August 2 and 4.  On

July 23, Depot America believed that a settlement in principle had been negotiated, subject to completing negotiation of modifications to a written agreement.

Recognizing that time was better spent on settlement, on July 30, 2004, Depot America's attorneys requested that Xcel's attorneys consent to a two-week extension of time to answer or otherwise respond to the Amended Complaint. By letter of August 2, Xcel's attorneys refused to consent to the two-week extension request.

Because the additional time is reasonably needed for Depot America's attorneys to continue their investigation and prepare a responsive pleading, Depot America respectfully requests that the Court grant the additional time.

    Respectfully submitted,
DEPOT AMERICA, INC.,
By its attorney,

/s/ John Egan
John Egan, BBO # 151670
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6226

**OF COUNSEL:**
Charles P. Kennedy
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908 654 5000
Fax:   908 654 7866

ID # 402644v01/2585-8/ 08.06.2004

## CERTIFICATE OF SERVICE

I, John Egan, certify that I served a copy of the within Motion on Sean Ploen, Esq., Boston Law Group, LLP, 20 Park Plaza, Suite 637, Boston, MA  02116, by first-class mail, postage prepaid, on August 6, 2004.

/s/ John Egan
John Egan

ID # 402644v01/2585-8/ 08.06.2004