UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XCEL SOFTWARE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-11581 (REK) |
| v. | : | |
| | : | |
| DEPOT AMERICA, INC., | : | |
| | : | |
| Defendant. | : | |
| | x | |

### DEFENDANT'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, the defendant, Depot America Inc., respectfully requests a Temporary Restraining Order and Order to Show Cause for Preliminary Injunction. The grounds for this Motion are set forth in Defendant's Memorandum in Support of Temporary Restraining Order and Preliminary Injunction and are supported by the Affidavits of Joseph Costa, Robert Leonard, Jerry Gorman, Frank Thoennes and Charles Kennedy filed herewith. Depot America also has submitted a proposed Temporary Restraining Order and Order to Show Cause For Preliminary Injunction.

                                                   Respectfully submitted,

                                                   POSTERNAK BLANKSTEIN & LUND, LLC
                                                   John Egan, BBO #151670
                                                   Jennifer L. Finger, BBO #641830
                                                   800 Boylston Street
                                                   The Prudential Tower
                                                   Boston, MA  02199
                                                   Tel:    617 973 6100
                                                   Fax:   617 367 2315
                                                   *Attorneys for Defendant Counterclaim-Plaintiff*
                                                      *Depot America, Inc.*

Dated: August 19, 2004                       By:/s/ John Egan_____
                                                      John Egan

ID # 403987v01/2585-8/ 08.19.2004

**OF COUNSEL:**
Charles P. Kennedy
Jeffrey S. Dickey
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908 654 5000
Fax:   908 654 7866

## CERTIFICATE OF SERVICE

I, John Egan, certify that I served a copy of the within Answer and Counterclaims on Sean Ploen, Esquire, Boston Law Group, LLP, 20 Park Plaza, Suite 637, Boston, MA  02116, by first-class mail, postage prepaid, on August 19, 2004.

/s/ John Egan
John Egan

ID # 403987v01/2585-8/ 08.19.2004