```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

XCEL SOFTWARE, INC.,                  :
                                      :
                    Plaintiff,        :    Civil Action No. 04-11581 (REK)
        v.                            :
                                      :
DEPOT AMERICA, INC.,                  :
                                      :
                    Defendant.        :
                                      x

## DECLARATION OF JOSEPH L. COSTA

Joseph L. Costa declares that:

1. I am the President of defendant and counterclaim-plaintiff Depot America, Inc. ("Depot America"). I make this declaration in support of the motion for a temporary restraining order and preliminary injunction to stop defendant Xcel Software, Inc. ("Xcel") from halting its technical support for the ServiceWorks program that Depot America has licensed.

2. Depot America has its principal place of business at 1495 Highway 34 South, Farmingdale, New Jersey 07727. Founded in 1988, Depot America is a market-leading reseller of printer service parts and solutions. Depot America is a leader in OEM support and exchange services for laser, inkjet, dot matrix and point of sale printers, offering thousands of new and refurbished printer parts and subassemblies. Depot America has about 200 full-time employees and 30-40 flex force employees. Depot America does about $40 million in business per year.

3. Depot America has developed policies which have distinguished it among other resellers of printer service parts and solutions, including an order accuracy and fill record of 99% or better, a guaranteed same-day shipment of any in-stock part prior to 7:30 p.m., a parts inventory of about $5 million, and a proven track record in service support.

508883_1.DOC

4.   Beginning in about 1989, Depot America entered into an arrangement whereby Xcel provided its ServiceWorks software to be used for Depot America's business. Xcel licensed Depot America to use the ServiceWorks software and agreed to provide support for the software and modifications or customization services to improve the software at established hourly rates. Depot America has paid Xcel one-time fees per user for a license to use the software in its business, and has paid Xcel for support services and customization services based on an established hourly rate.

5.   Relying on the license and Xcel's continued support and customization services, Depot America has used the ServiceWorks software for tracking orders, invoices, shipping and repairs of printers and other equipment. Our business has come to depend on the ServiceWorks program.

6.   The ServiceWorks software requires regular support to fix errors. We rely on Xcel to provide the support because only Xcel has access to the source code for ServiceWorks. Without this regular support there is a serious risk that ServiceWorks would stop working. If the ServiceWorks software were to malfunction, Depot America's business would be greatly impaired. Our ability to take orders and make shipments could be halted.

7.   Depot America uses highly confidential customer information and data in order to run its business. The confidential customer information includes the identification of Depot America's customers, the products ordered, the quantities and costs of such products, credit information relating to customers, etc. As a regular part of its use of the ServiceWorks software, Depot America inputs this customer information or data into the ServiceWorks database in order to run its business. Should Depot America's access to this essential data be curtailed, if only for

a short time, Depot America's business and good will would be seriously impaired and potentially destroyed.

8. In about February 2002, Xcel introduced a Microsoft platform of its ServiceWorks program for Depot America's business. Depot America paid Xcel in excess of $200,000 to have Xcel adapt the new platform of its ServiceWorks program so it could be used in Depot America's business. Depot America also paid Xcel new one-time user fees to license the use of this program. To the present date, Depot America has paid more than $100,000 to Xcel for these one-time user fees to license the new version of the ServiceWorks program.

9. The day-to-day operation of Depot America depends on having properly functioning ServiceWorks software with regular technical support. To ensure this support, Depot America entered an agreement so Xcel would provide the needed technical support for the ServiceWorks software. In January 2004, Depot America paid $23,600 to Xcel for renewal of our plan which included the obligation by Xcel to provide "per incident support" through the end of 2004. This agreement for support was not tied to any of the clickwrap agreements that Xcel raised later.

10. Beginning in January 2004, Depot America began adding skilled employees needed to develop an e-commerce aspect for its business. Depot America's employees have worked to develop software for e-commerce ordering and communications with customers, and all such development has been independent and without reverse engineering of the ServiceWorks program of Xcel. As a result of Depot America's efforts to reduce unneeded enhancements of the ServiceWorks program, Depot America has required less work of Xcel on an annual basis and Depot America's payments to Xcel have been reduced.

3

11. On July 14, 2004, I received a facsimile from Xcel's attorneys, saying that the license to use the ServiceWorks software was being terminated immediately. I had no prior notice of this demand. Considering that Depot America's business depends on use of the ServiceWorks software under our license, stopping use would mean halting our business and would prevent us from meaningfully using our own customer data. This letter did not say what the specific activities were that Xcel violated the alleged agreements. In this letter of July 14, 2004, Xcel said it would file suit unless Depot America agreed to certain demands by July 21, 2004. I later learned that, without advising Depot America, Xcel secretly filed suit on July 16, 2004 — five days earlier.

12. When I received the letter of July 14, 2004, I called Joe DiPilato, Xcel's President, to find out what the issues were. He advised me that he objected to certain conduct by Frank Theonnes and Gerald Gorman. I said I would investigate his issues. I also asked Mr. DiPilato what he was looking at to return the parties to the prior working relationship. He said that we should pay him $150,000 for infringing his copyright, and then we could start back with the agreements.

13. Depot America cannot change over to a different software system except through great effort, cost and time. For Depot America to replace ServiceWorks would take as many as six to nine months.

14. On July 20, 2004, Xcel and DiPilato informed Depot America that Xcel intended to discontinue technical support or assistance to Depot America in connection with its usage of the ServiceWorks program. As part of its communication to us, Xcel explicitly recognized that the ServiceWorks program would be likely to fail in its performance without this regular maintenance. Depot America is willing to continue to pay for support. Xcel has been providing

4

508883_1.DOC

support for at least 10 years, and Depot America has paid Xcel at an agreed hourly rate for support.

15.     On July 21, 2004, immediately after Xcel had withdrawn support, Depot America encountered a problem with the ServiceWorks software in monitoring customer credit which required support. We contacted DiPilato and Xcel to request support help. Xcel did not respond promptly as it was required by the support agreement.

16.     On the morning of July 22, 2004, Xcel notified Depot America that Xcel would agree to recontinue its support. Depot America's attorney spent the entire day of July 22, 2004 working out the terms of such an agreement. At the end of the day, DiPilato changed his mind and refused to continue his support obligation.

17.     On July 23, 2004, following a negotiation to settle this matter, Xcel agreed to recommence its support obligations through August 12, 2004.

18.     Any cessation by Xcel in its obligations to provide continuing technical support for the ServiceWorks program would result in severe and irreparable injury to Depot America, our business and our reputation with our own customers. Depot America services numerous customers throughout the United States. Depot America promotes efficient and prompt service and repairs for all orders coming in. Without technical support which is required on nearly a weekly basis, the ServiceWorks program could fail. If the program should fail it would severely and irreparably injure our business. We promote the accuracy and speed of filling parts orders and providing support services to our customers. If the software for our orders and shipments malfunctions, it will harm our goodwill and cost us business in an amount that cannot be determined, but which would be severe.

508883_1.DOC

19. A recovery of damages from Xcel for our lost business would also be unavailable. Xcel is not a large company. I have been informed by Mr. DiPilato that for certain years, Depot America was Xcel's largest customer, although our total payments to Xcel would have been approximately $300,000 for the entire year. With Depot America's $40 million business at stake, if the ServiceWorks program were to be impaired by an absence of support, there is no reasonable prospect that Xcel could pay damages approaching the amount of damage Depot America would suffer.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2004

Joseph L. Costa

6

LDLKM 508885_1