UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XCEL SOFTWARE, INC.,            :
                                :
             Plaintiff,         :   Civil Action No. 04-11581 (REK)
                                :
     v.                         :
                                :
DEPOT AMERICA, INC.,            :
                                :
             Defendant.         :
                                x

### DECLARATION OF ROBERT S. LEONARD

Robert S. Leonard declares that:

1.  I am Vice-President, Sales and Marketing for Depot America, Inc. I submit this declaration in support of Depot America's request for a temporary restraining order and motion for preliminary injunction.

2.  I have been employed by Depot America since 1991. Since 1999, I have been the Depot America employee most directly involved with Xcel Software, Inc. in connection with our license and use of the ServiceWorks program.

3.  Beginning in early 2002, we began an effort to have the software at Depot America transferred from the 4th Dimension Relational Database platform to a new Microsoft SQL program. For this effort, Xcel, specifically Joseph DiPilato, met with the various teams at Depot America, and developed a proposal to switch to the new program. Depot America asked Xcel to obtain the Microsoft SQL database for the ServiceWorks program. Xcel configured the database so Depot America could see the information in it. Depot America paid Xcel in excess of $200,000 to switch over to the new program using the Microsoft SQL database.

508929_1.DOC

4.   I am aware that Xcel contends that there was a "clickwrap" agreement of February 2002. I do not recall such an agreement and do not recall seeing or accepting that agreement. I am also not aware of any other employee of Depot America who saw and accepted that agreement.

5.   During the entire time that I have had responsibility for the ServiceWorks license by Depot America, we have found that regular technical support has been needed from Xcel. It has been our practice, dating back many years, to notify Xcel when support is needed. Xcel has provided the support promptly and billed us at a set hourly fee. Xcel's bills have been charged against our credit card.

6.   I have always known that technical support is important to maintaining the functioning ServiceWorks program and thereby maintaining Depot America's ability to perform its business.

7.   At the end of 2003, Xcel and DiPilato approached Depot America with proposals to renew the ServiceWorks maintenance plan by which Xcel was obligated to provide enhancement and support services. Attached as Exhibit A is a copy of Mr. DiPilato's email of December 30, 2003 to me outlining his recommendations on the enhancement plan and the obligation of "per incident support" under that plan. Knowing Depot America's support needs, Xcel and DiPilato recommended that Depot America pay for the enhancement plan which provided a "per incident support" obligation by Xcel.

8.   In January 2004, Xcel invoiced Depot America for "ServiceWorks annual enhancement plan renewal" for 2004 in the amount of $23,600. Depot America paid that amount obligating Xcel to provide "per incident support" through the end of 2004. Attached as Exhibit B is a copy of the invoice dated 1/9/2004 for $23,600 for the "ServiceWorks Annual

2

508929_1.DOC

Enhancement Plan Renewal" which contained the "per incident support" obligation. I am aware that Depot America paid this invoice.

9. I have now seen a copy of Xcel's software support policy which has been provided recently. A copy of that support policy is attached as Exhibit C. Depot America was not given a copy earlier to my knowledge. I note that the per incident support obligation requires an eight-hour response time. The particular support services that need to be provided are set forth in paragraph 2.1. We have come to expect those support services as part of our agreement. Depot America has paid for those support obligations through the end of 2004.

10. On June 24, 2004, Joe DiPilato came to Depot America to meet with us. In a discussion with me, Mr. DiPilato expressed some concern that he was no longer our "business partner." He said that we could not change his software, but he conceded that the data was Depot America's data, not Xcel's. Based on this meeting, I did not believe that there was any issue that DiPilato or Xcel had that Depot America was violating any agreement with Xcel.

11. On July 20, 2004, Xcel and DiPilato informed Depot America that Xcel intended to discontinue technical support or assistance to Depot America in connection with its usage of the ServiceWorks program. On July 21, 2004, immediately after Xcel had withdrawn support, Depot America encountered a defect with the ServiceWorks software which required support. Depot America contacted DiPilato and Xcel to request support help. Xcel did not respond as it was required by the support agreement.

12. On July 23, 2004, following a negotiation to settle this matter, Xcel agreed to recommence its support obligations through August 12, 2004.

13. Depot America cannot change to another software program for our business promptly. It would take from six to nine months to have a new program in operation.

3

508929_1.DOC

14. Canon U.S.A. is an important customer of Depot America. Depot America also has a contractual relationship with Canon U.S.A., Inc. whereby Depot America supports Canon's printers and the return, repair and replacement of those printers under Canon's warranty. This contractual relationship between Depot America and Canon is a valuable business relationship and contract. Depot America introduced DiPilato and Xcel to Canon U.S.A. in connection with Depot America's business with Canon. Xcel and DiPilato are aware that Depot America has a long-standing business relationship and agreement with Canon to provide services for Canon printers.

15. On July 20, 2004, DiPilato and Xcel attempted to interfere with Depot America's agreement with Canon by informing Canon that Depot America had violated its license agreement regarding the ServiceWorks software, that the agreement has terminated and that Depot America had to stop using the ServiceWorks software and return all copies to Xcel. Attached as Exhibit D is a copy of Mr. DiPilato's email of July 20, 2004 to Canon U.S.A. representing that Depot America has violated the license with Xcel and "has to stop using the ServiceWorks software."

16. DiPilato's and Xcel's improper statements have tortiously interfered with Depot America's business relationship with Canon because the ServiceWorks software is important to the conduct of Depot America's business with Canon. As a result of Xcel and DiPilato's interference, Canon has demanded that Depot America provide a contingency software to conduct our business with Canon.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2004

Robert S. Leonard

4

Declaration of Robert S Leonard (8_10_04)