# EXHIBIT A

...

### Jerry Gorman

**From:** Bob Leonard [RLeonard@Depot-America.com]
**Sent:** Tuesday, December 30, 2003 4:03 PM
**To:** jerry@epoia.com
**Subject:** FW: Support 2004

Please review and comment.

---

**From:** Joe DiPilato [mailto:jdipilato@xcelsoftware.com]
**Sent:** Tuesday, December 30, 2003 3:26 PM
**To:** Bob Leonard; John Tiano
**Subject:** Support 2004

I know it's difficult to believe, but another year has past and its time to renew your ServiceWorks maintenance plan. I have attached a slide from one of my presentations detailing the plans we currently offer.

Here is some supporting information for the attached slide:

1. Enhancement Plan – For those customers with frequent releases but never call for support.
    a. Software Updates – maintains the version compatible with Microsoft and OS.
    b. Software Upgrades – maintains the version compatible with third party upgrades, i.e. Crystal, LPS, etc.
    c. Source Safe – secured on and off site maintenance of the customer specific source code.
    d. Price Protection – based on list price of licenses when purchased, not current.
    e. Per Incident Support and Other discounts.
2. Support Plan – for those customers with frequent requests, but few if any releases.
    a. Unlimited telephone or email support.
    b. 800 number.
    c. Source Safe.
    d. Price Protection.
3. Elite Plan – includes Enhancement and Support Plan.

Currently Depot is on the Enhancement Plan as it fits your needs very well. The Support Plan does not make sense as most of the calls we handle for Depot are not use and operation of ServiceWorks, but are more maintenance related. Therefore, I recommend continuing with the Enhancement Plan.

Pricing as follows:
Enhancement Plan – normally 18% of List Price of licenses, Depot 16% of Price Paid for Licenses, so in effect a lower percentage of a discounted price.
Depot purchased 45 additional licenses last year, so that maintenance price will be as follows:

Original Licenses, 1 Server, 75 Clients (discounted as part of the project) - $80,000.00
Additional 45 licenses at $1,500.00 per license -                              67,500.00
                                                                            _____
Total price of license fees                                                   $147,500.00

Enhancement Plan @ 16% = $23,600.00.

Finally, the industry averages for plans of this type is 18.7% and is based on List Price of license fees.

Hopefully this all makes sense to you and as always I value your continued confidence in Xcel.

7/21/2004

**EXHIBIT A**

Page 2 of 2

Joe...

*Joseph A. DiPilato*
124 Mount Auburn Street
Suite 200N
Cambridge, MA 02138

800-242-9494 x202

www.xcelsoftware.com

---
Incoming mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.553 / Virus Database: 345 - Release Date: 12/18/2003

7/21/2004

# EXHIBIT B

## Xcel Software, Inc.

124 Mt. Auburn Street
Suite 200N
Cambridge, MA 02138
(800) 242-9494

# Invoice
# 2010762

Terms: CREDITCARD

Page 1 of 1

**Bill To:**

Depot America
Erin Morsch
1495 Highway 34 South
Farmingdale, NJ 07727

**Ship To:**

Depot America
Bob Leonard
1495 Highway 34 South
Farmingdale, NJ 07727

| Sales # | Requested By | Order Date | PO Number | Ship Via | Ship Date | Invoice Date |
|---|---|---|---|---|---|---|
| 100296 | Bob | 1/9/2004 | | N/A | 1/12/2004 | 1/12/2004 |

| Quantity | Item Number | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | BP | ServiceWorks Annual Enhancement Plan Renewal | $23,600.00 | $23,600.00 |

**Comments**

Enhancement Plan

| | |
|---|---|
| Subtotal | $23,600.00 |
| Sales Tax | $0.00 |
| Freight | $0.00 |
| Prepaid | $23,600.00 |
| **TOTAL** | **$0.00** |

**EXHIBIT B**

# EXHIBIT C

XCEL SOFTWARE, INC.
SOFTWARE SUPPORT POLICY

The following policy terms and conditions apply to all generally-available Xcel Software, Inc. ("XCEL") software products. XCEL reserves the right to modify these terms and conditions in its sole discression.

INTRODUCTION

XCEL and User are parties to a certain Software License Agreement (the "License Agreement") under which User was granted a license to use the computer software described therein.

ANNUAL SOFTWARE MAINTENANCE PLAN

**Software Updates and Upgrades**
Purchase of the Software Maintenance Plan provides the latest features technologies with regular software upgrades and updates, and compatibility with updates to Microsoft SQL Server.

**SourceSafe Protection**
The customized version of *ServiceWorks* is securely managed and maintained with Microsoft SourceSafe, enabling instant access from XCEL's technical staff for fast, efficient software support.

**Price Protection**
To assist Users in budgeting for future maintenance and support plans, base system price is 'locked in' at the lower of the historical system price and User's actual prices. The protected base system price will then only increase with any additional license purchases.

**Xcel Software Customer Web Portal**
Users can monitor Sales Order and Work Order history from the Internet using XCEL's Customer Web Portal.

**Software Support Discounts**
Users receive discounts on the Software Support Plan options listed below.

SOFTWARE SUPPORT PLANS

Currently, XCEL offers the following four software support plans. Please see XCEL's current fee schedule for applicable support plan rates.

1. **Prepaid Annual Unlimited Telephone/Email Support**
Provides unlimited telephone/email technical support, with a two hour response time and a toll free phone number.

# EXHIBIT C

2. **Per Incident Support**
Telephone/email technical support is available on a per incident basis, with an eight hour response time.

3. **Five-Pack Incident Support**
Telephone/email technical support is also available in convenient five-packs, with a four hour response time.

4. **Time Based Support**
Provides unlimited telephone/email technical support based on actual time to process, research, support and document activity, rounded up to the nearest 15 minutes, with a four hour response time.

## TERMS COMMON TO ALL SOFTWARE SUPPORT PLANS

The following terms apply to all software support plans:

**1   DEFINITIONS**

1.1 **"Documentation"** means any system documentation and user manuals currently and customarily provided by XCEL to customers of Products.

1.2 **"Error"** means incorrect code in Software or an incorrect statement or diagram in Documentation, resulting in interruption or irregularities in performance or other malfunction of Software. A problem resulting from User's misuse or improper use of the Product(s) or combining or merging the Product(s) with any hardware or software not authorized to be so combined or merged by XCEL, shall not be considered an Error.

1.3 **"Error Correction"** means a modification to the Software that causes the Software to conform to the Specifications, or a procedure or routine that when observed in the operation of the Software eliminates the practical effect of an Error.

1.4 **"New Release"** means a new release of Product(s) which adds new functionality or performance and for which XCEL typically charges its customers.

1.5 **"Normal Working Hours"** means the hours between 8:00 a.m. and 6:00 p.m., Monday through Friday, excluding official public holidays of XCEL.

1.6 **"Product(s)"** means the Software, the Documentation and (where the context so admits) any copies of either.

1.7 **"Software"** means the software licensed to User pursuant to the License Agreement as that term is defined in such License Agreement.

**1.8 "Specifications"** means XCEL's applicable published functional description of Software.

**1.9 "Support Release"** means a modification or revision to Products operating in User's computing environment that is provided by XCEL without charge to its customers that are receiving Support.

**1.10 "Support Representatives"** means User's two (2) employees so designated by User.

**1.11 "Support Term"** for the pre-paid annual support plan means an initial period commencing on the date XCEL accepts payment for such plan and ending on the last day of the eleventh (11th) full calendar month thereafter, and subsequent annual periods commencing on the first day following the end of the preceding period. For all other support plans, Support Term is month to month.

**2    SUPPORT SERVICES**

**2.1 XCEL's Support Services.** Subject to the support plan selected by User, XCEL shall render the following services during Normal Working Hours:

(a) Maintain a Product support center to receive by telephone or network transmission, operator reports of Errors.

(b) Maintain a telephone number for User to report Errors and receive assistance in operation of the Product(s) and an Internet website to provide an electronic link between XCEL and User.

(c) Maintain a trained staff capable of rendering the services set forth herein.

(d) Within the support-plan applicable number of hours of receiving a report (in accordance with XCEL's standard reporting procedures) of a verifiable and reproducible Error and verifying that such an Error is present, (i) initiate work to develop an Error Correction, (ii) use all reasonable diligence to complete development of such Error Correction, (iii) upon completion, provide User at least a "temporary fix" consisting of sufficient programming and operating instructions to enable User to implement the Error Correction, and (iv) include the Error Correction in all subsequent releases of the Product(s). XCEL shall not be responsible for correcting Errors in any version of the Product(s) other than the most recent release of the Product(s), provided that XCEL shall continue to support superseded prior releases for a period reasonably sufficient to allow User to implement the newest release, not to exceed 90 days.

(e) Provide User with one copy of any new releases issued without additional charge to its customers generally, including Error Corrections, Support Releases and, in certain instances in XCEL's sole discretion, New Releases, and provide any assistance reasonably necessary for User to install and operate each such release.

**2.2 New License Agreement.** As a condition to its obligation to provide User New Releases of the Product(s) pursuant to Sections 2.1(e), (f) and (g) above, XCEL may require User to enter into XCEL's then current standard form of software license agreement.

**2.3 User's Support Obligations.** During the Support Term, User shall:

(a) At all times maintain two (2) appropriately qualified persons as its Support Representatives and keep XCEL informed of their identities.

(b) Ensure that its Support Representatives receive and maintain such training in the implementation and operation of the Product(s) as shall be reasonably necessary to enable the efficient delivery by XCEL of the foregoing Support Services.

(c) Handle all communications with XCEL regarding Support Services through the Support Representatives.

(d) Procure, install and maintain all equipment, telephone lines, communications interfaces and other hardware (other than the support control center at XCEL's facilities) necessary to operate the Software and to receive the Support Services.

**3   FEES, OTHER CHARGES AND PAYMENT**

**3.1 Support Fees.** User shall pay XCEL Support Fees in accordance with XCEL's then current price schedule. XCEL reserves the right to change its Support Fees from time to time by written notice to User, provided that no such change will be effective until the beginning of the following annual Support Term (if any) or sixty (60) days after such notice, whichever is later.

**3.2 Taxes.** Support Fees do not include sales, use, value added or other excise tax. User shall pay or (if paid by XCEL) reimburse XCEL for all such taxes based on this Support Policy or services provided hereunder (but not any taxes based upon XCEL's gross revenues or net income), together with any interest on such taxes if not due to XCEL's delay.

**3.3 Other Charges.** User assumes and agrees to pay all export and import duties, fees and other similar charges, but not expenses related to exporting from the United States. User shall be responsible for all travel and living expenses, shipping and delivery charges, telephone line use and similar expenses necessary for the delivery of Support Services hereunder; provided however that any travel or living expenses shall be approved in advance by User and shall be in accordance with User's travel expense policies applicable to its own employees.

**3.4 Invoices and Payment.** If notice of termination has not been given, XCEL shall invoice User for the annual Support Fee not more than sixty (60) days prior to the beginning of the Support Term. XCEL shall invoice User weekly or monthly (at XCEL's option) for all other fees and charges accrued, and all reimbursable expenses incurred, during the previous week or month. All invoiced amounts shall be due and payable immediately after receipt of invoice. Amounts not

paid when due shall be subject to interest at one and one half percent (1-1/2%) per month or, if less, the maximum rate of interest allowed by law, computed from the invoice date.

**4 DISCLAIMER OF WARRANTY**

EXCEPT AS EXPRESSLY STATED IN THIS SECTION, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE, RELATING TO PRODUCTS OR SERVICES FURNISHED TO USER HEREUNDER. XCEL SPECIFICALLY DISCLAIMS AND EXCLUDES ALL IMPLIED WARRANTIES, INCLUDING WITHOUT LIMITATION THAT OF FITNESS FOR A PARTICULAR PURPOSE. NO REPRESENTATION OR OTHER AFFIRMATION OF FACT, WHETHER MADE BY XCEL EMPLOYEES OR OTHERWISE, WHICH IS NOT CONTAINED IN THIS SUPPORT POLICY SHALL BE DEEMED TO BE A WARRANTY BY XCEL FOR ANY PURPOSE OR GIVE RISE TO ANY LIABILITY OF XCEL WHATSOEVER.

**5 LIMITATION OF LIABILITY**

Except with respect to claims of infringement of United States patents, copyrights or trade secrets (to the extent otherwise specifically provided herein), and regardless of the form of action (whether in contract, tort, breach of warranty or otherwise), IN NO EVENT (i) SHALL XCEL'S MAXIMUM LIABILITY FOR ALL DAMAGES EXCEED ACTUAL DIRECT DAMAGES CAUSED BY THE SPECIFIC PRODUCT OR SERVICE COMPLAINED OF, (ii) SHALL XCEL'S MAXIMUM LIABILITY FOR ALL DAMAGES EXCEED THE TOTAL AMOUNT OF FEES PAID HEREUNDER FOR THE SPECIFIC PRODUCT OR SERVICE WHICH DIRECTLY CAUSED SUCH DAMAGE, AND (iii) SHALL XCEL BE LIABLE FOR INCIDENTAL, CONSEQUENTIAL, EXEMPLARY, SPECIAL OR INDIRECT DAMAGES (INCLUDING BUT NOT LIMITED TO LOST BUSINESS PROFITS AND LOSS, DAMAGE OR DESTRUCTION OF DATA) EVEN IF XCEL HAS BEEN ADVISED OF THE POSSIBILITY OF THE SAME. No limitation as to damages for personal injury is hereby intended. Some jurisdictions do not allow the exclusion or limitation of incidental or consequential damages under certain circumstances and the above exclusion or limitation may not apply.

**6    TERMINATION**

**6.1 Renewals.** The Support Term will be renewed only upon XCEL's consent.

**6.2 Termination of License.** XCEL's Support Services and the Support Term shall terminate automatically upon termination of User's license to use the Product(s) under the License Agreement.

**6.3 Termination by User.** User may terminate XCEL's Support Services by written notice to XCEL, which may be given at any time and shall be effective as of the last day of the Support Term in which it is given. Once terminated by User, Support may be resumed with XCEL's approval by User's payment of the then current annual Support Fee plus a resumption charge in accordance with XCEL's then current resumption policy.

**6.4 Termination by XCEL.** If User fails to pay when due any amount payable hereunder or is in material breach of any other obligation under this Support Policy, XCEL may terminate the Support Services and the Support Term by written notice to User, effective thirty (30) days after receipt unless User cures such breach within the 30-day period. XCEL may also terminate Support for superseded releases after a reasonable time.

**7    MISCELLANEOUS**

**7.1 Entire Policy; Modifications.** This Support Policy is the complete and exclusive statement of XCEL's and User's obligations with respect to the subject matter hereof and supersedes all other oral or written representations, understandings, proposals or other communications between the parties. This Support Policy may be modified by XCEL from time to time in its sole discression, except that any changes will not be effective for the current Support Term.

**7.2 Governing Law.** This Support Policy shall be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts, USA, without regard to its choice of law provisions. In the event of any conflict between foreign laws, rules and regulations and those of the United States, the laws, rules and regulations of the United States shall govern. The United Nations Convention on Contracts for the International Sale of Goods shall not apply to this Support Policy. Exclusive jurisdiction and venue for any litigation arising under this Support Policy is in the federal and state courts located in Suffolk County, Massachusetts, USA and User and XCEL hereby consent to such jurisdiction and venue for this purpose.

**7.3 Notice.** All notices given under this Support Policy shall be in writing and shall be effective on delivery to the address of the other party set out at the beginning of this Support Policy or to any replacement address of which the party giving notice has been given notice in accordance with this Section.

**7.4 Force Majeure.** In no event shall either party be liable for any delay or failure to perform under this Support Policy which is due to causes beyond the reasonable control of such party.

**7.5 Severability.** In the event that any provision of this Support Policy is for any reason void or unenforceable in any respect, such provision shall be without effect to the extent of the voidness or unenforceability without affecting such provision in any other respect and without affecting any other provision.

**[End of document]**

# EXHIBIT D

Page 2 of 2

"Joe DiPilato"
<jdipilato@xcelsoftware.com>    To:    <bdas_consultant@cusa.canon.com>
                                cc:    <rsprung@cusa.canon.com>
07/20/2004 08:05 AM             Subject:   RE: Minutes of meeting held on 07/07/04 to discuss Depot America Interfaces


Hi, Biji -

    Thanks for forwarding the draft minutes from the July 7 conference call about the Depot America interfaces. The minutes look fine, but since that call, a couple of things have happened that will affect this project. Some evidence came to light indicating that Depot has done things with the ServiceWorks software that violate the license agreements we have with them, so I've had my attorney send a letter to Depot's president, terminating those agreements effective immediately. Under the license agreements, Depot now has to stop using the ServiceWorks software and return all copies to Xcel.

    The matter is in the hands of the attorneys, so I won't comment further. Needless to say, Xcel won't be available to assist in any additional discussions on the interface project, at least not until this dispute is resolved. I'm hopeful that will happen at some point, but it would be premature to speculate about timing. I'm copying Ron Sprung on this e-mail, since I know he was going to head up the project for Canon. If you have any questions, feel free to let me know.


Joe...

-----Original Message-----
From: bdas_consultant@cusa.canon.com
[mailto:bdas_consultant@cusa.canon.com]
Sent: Friday, July 09, 2004 5:53 PM
To: CSinibaldi@depot-america.com; dkeating@cusa.canon.com; jchalasani_consultant@cusa.canon.com; jbrown@cusa.canon.com; Joe DiPilato; rsprung@cusa.canon.com; csaito@cusa.canon.com
Subject: Minutes of meeting held on 07/07/04 to discuss Depot America Interfaces



Hi,

Please find attached the minutes of the meeting held yesterday to discuss
Depot America Interfaces.

Please let me know if any changes are required in the document.

Regards,
Biji

(See attached file: 20040707 Depot America Meeting.doc)

# EXHIBIT D

7/21/04

Page 1 of 2

**Kennedy, Charles P**

From: Joe Costa [JCosta@depot-america.com]
Sent: Tuesday, July 20, 2004 1:23 PM
To: Kennedy, Charles P
Subject: FW: Minutes of meeting held on 07/07/04 to discuss Depot America Interfaces

Chuck:

Here's the e-mail from Canon showing the notice from XCEL.

Thanks,

Joe

**From:** Bob Leonard
**Sent:** Tuesday, July 20, 2004 1:09 PM
**To:** Joe Costa; John Tiano
**Subject:** FW: Minutes of meeting held on 07/07/04 to discuss Depot America Interfaces

fyi

Best regards,
Robert S. Leonard
Robert S. Leonard
Vice President of Sales & Marketing
Depot America Inc.
www.depot-america.com
800-648-6833 xt. 112
732-919-0209
732-919-1929 FAX
732-715-2834 CELL

Confidentiality Statement:
This message, including all attachments, is for the addressee only. It may contain proprietary, confidential and/or privileged information. No proprietary rights, confidentiality nor privilege is waived or lost by its mistransmission or misdirection. If you are not the intended recipient, you must not, directly or indirectly, use or disclose all or any part of this message. If you believe you have received this message in error, please delete it and all copies of it and notify the sender immediately by reply e-mail. Thank you.

**From:** rsprung@cusa.canon.com [mailto:rsprung@cusa.canon.com]
**Sent:** Tuesday, July 20, 2004 12:58 PM
**To:** Bob Leonard
**Cc:** lhardin@cusa.canon.com
**Subject:** RE: Minutes of meeting held on 07/07/04 to discuss Depot America Interfaces

Our IT developer received this message this AM, cc to me.
Please keep me advised as to any impact on our business activties.
Sincerely,
Ron Sprung
----------
----- Forwarded by Ronald Paul Sprung/NewYork/CanonUSA on 07/20/2004 12:56 PM -----

7/21/04