UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XCEL SOFTWARE, INC.,                          :
                                              :
                    Plaintiff,                :    Civil Action No. 04-11581 (REK)
                                              :
       v.                                     :
                                              :
DEPOT AMERICA, INC.,                          :
                                              :
                    Defendant.                x

_____

### DECLARATION OF CHARLES P. KENNEDY

       Charles P. Kennedy declares that:

       1.      I am a member of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, 600 South Avenue West, Westfield, New Jersey, of counsel for defendant and counterclaim-plaintiff Depot America, Inc. in the above-noted case.  I make this declaration in order to identify certain exhibits for Depot America's request for a temporary restraining order and motion for preliminary injunction.

       2.      Attached as Exhibit E is a copy of the two-page clickwrap which Xcel contends was sent and accepted in February 2002.

       3.      Attached as Exhibit F is a copy of the clickwrap which Xcel contends was provided on July 6, 2004.

       4.      On August 19, 2004, I contacted Xcel's attorney, Sean Ploen.  I informed him that we intended to proceed by an order to show cause for a temporary restraining order.  I asked whether Xcel would be willing to continue support until the Court could hear this matter as a preliminary injunction.  He refused to provide this commitment.

       I declare under penalty of perjury that the foregoing is true and correct.

Dated: August __19__, 2004          _____
                                           Charles P. Kennedy

510539_1.DOC