UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XCEL SOFTWARE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-11581 (REK) |
| | : | |
| v. | : | |
| | : | |
| DEPOT AMERICA, INC., | : | |
| | : | |
| Defendant. | : | |
| | x | |

**DECLARATION OF JERRY GORMAN**

I, JERRY GORMAN, declare and state as follows:

1. I am the Director of Technology of Depot America, Inc. ("Depot America"). I submit this declaration in support of Depot America's request for a temporary restraining order and motion for preliminary injunction.

2. I have been employed by Depot America since January 19, 2004.

3. One of my primary job functions was to give Depot America more centralized control over use of its consultants. For example, Depot America employees used to contact Xcel Software, Inc. ("Xcel") directly and request assistance with the problems they encountered or the changes they needed when using Xcel's ServiceWorks program. Xcel typically charged Depot America by the hour for these services.

4. After a three-month investigation, I discovered that many of the requests being made by Depot America employees to the ServiceWorks were unnecessary, unjustified in light of the amount Xcel was charging to fulfill such requests, or had the potential of creating incompatibilities between the different departments of Depot America.

510106_1.DOC

5.   In March 2004, I discussed the results of my investigation with the management of Depot America. It was decided that Depot America would start eliminating those requests for changes to the ServiceWorks software that were considered to be unnecessary, unjustified, or incompatible with other needs. One of the manners in which this would be accomplished was that all requests for assistance from Xcel were to be centralized through me.

6.   Having already been introduced to Joe DiPilato during my tenure, I called him in March 2004 to inform him of Depot America's goal of decreasing unnecessary work. I explained that this may have impact on the amount of work that Xcel would receive in the near future, but that we would still require a significant amount of assistance from Xcel.

7.   For a number of reasons, Depot America is heavily dependant upon support from Xcel.

(a)   The ServiceWorks software is responsible for maintaining nearly all of Depot America's customer, product, and vendor data. Therefore, because Depot America must rely on its computer systems to accurately fill product orders and service its customers, it is critical that the software be consistent with Depot America's business needs. In this regard, Depot America has paid Xcel hundreds of thousands of dollars to make changes to the ServiceWorks program. Some of the changes are minor and some are major.

(b)   Depot America routinely encounters defects and errors in the ServiceWorks program. If these types of defects went unfixed, Depot America would be left without a centralized program to process, store, and access its data. The result would be catastrophic to Depot America's ability to run its company. For example, after the litigation began, we encountered an error on July 21, 2004,

2

510106_1.DOC

whereby the ServiceWorks program could not process customer account balance records. As recently as yesterday, we encountered yet another defect. For as long as I have been employed by Depot America, the ServiceWorks program has been able to generate a list of customers and the potential discrepancies between the products the customers bought and the products they returned. For reasons unknown to Depot America, the copy of the ServiceWorks program used by the person who generates these reports can no longer provide such function. As shown in Exhibit G, when a user selects the function (Exh. G at 3), the entire program crashes (Exh. G at 4), thus leaving the user with an empty screen (Exh. G at 5).

(c) Because there are no meaningful user manuals or "help" features in the ServiceWorks software, Depot America is completely dependant on Xcel when it comes to understanding why the ServiceWorks program is behaving incorrectly or contrary to expectations.

8. By eliminating unnecessary customizations, Depot America was able to decrease the number of fee-based services it was requesting from Xcel after March 2004. Even so, Depot America still gave Xcel a great deal of business and continued to depend on Xcel's ongoing support in order to keep the ServiceWorks software running and relevant to our business needs.

9. Various projects we sent to Xcel did not require modifications to the ServiceWorks program. Moreover, Depot America occasionally found that it could develop software outside of ServiceWorks for less money than the estimates quoted by Xcel.

10. An example of just such an instance was the creation of the Lexmark Monthly ASP Reports. Lexmark is one of Depot America's largest clients; Depot America provides

3

510106_1.DOC

printer parts to some of Lexmark's largest customers. Around May 25, 2004, Lexmark asked Depot America to give Lexmark's preferred customers (known as "authorized service providers" or "ASP's") the option of receiving monthly reports (hereafter, the "Lexmark ASP Reports"). The reports would be sent every month, and would summarize the amount of Lexmark parts that the customer purchased from Depot America.

11. Because the functionality did not exist in ServiceWorks to prepare the Lexmark ASP Reports, Depot America explained what it needed to Mr. DiPilato, provided him with a sample report, and asked him for a time and cost estimate. Xcel ultimately estimated that it would cost about $4,000 to prepare such software.

12. In consultation with the other management of Depot America, we believed that the estimated cost was too high in light of the benefits. Accordingly, we decided to prepare the Lexmark ASP Reports ourselves. The reports are based entirely on data owned solely by Depot America. For example, they basically summarize the amount of product that Depot America sold to a particular Lexmark customer during the current year, up to the prior month. We also needed to provide a summary report of all Lexmark ASPs to Lexmark.

13. There was no need to use or access the ServiceWorks program to prepare the Lexmark ASP Reports. Instead, the reports could and were prepared by accessing the data stored in our databases directly.

14. Depot America's data is stored in a Microsoft SQL database. Microsoft SQL is a popular collection of programs that are licensed by Microsoft to Depot America. It is my understanding that Depot America asked Xcel to modify the ServiceWorks program to place Depot America's data in a Microsoft SQL database file. This task was apparently accomplished in 2002.

510106_1.DOC

15. As configured by Xcel in 2002, and based on access permissions determined by Depot America but known to Xcel, Depot America has complete and open access to the data stored by the ServiceWorks program in Depot America's Microsoft SQL database file (which is named "DEPOT.MDF"). This file is stored in Depot America's computer system.

16. I charged Frank Thoennes, Senior Software Architect, with the task of writing a program so that we could prepare our own Lexmark ASP Reports. Mr. Thoennes' solution is described in his declaration, and that declaration is consistent with my understanding.

17. I never provided Mr. Thoennes with any guidelines or suggestions regarding how the program should be written. Rather, the only information I provided to Mr. Thoennes was a sample of the report that Lexmark was requiring.

18. Based on the amount of time that Mr. Thoennes spent on the project, I have calculated that Mr. Thoennes' program cost nothing in out-of-expenses and represented less than $1,000 in terms of lost time. This can be contrasted with the $4,000 that Xcel quoted to generate such reports.

19. On July 2, Xcel informed us that a minor, $330 modification (it took Xcel only 2.75 hours at $120 to make the modification) to the ServiceWorks software was ready for testing. (Exh. H.) Xcel never mentioned nor warned that acceptance of a new clickwrap would be required to use the modification. On the same day, I informed Xcel to release the modification (*i.e*., provide the modification to Depot America's employees) on July 6, 2004. (Exh. I.)

20. On July 6, 2004, when employees clicked on the ServiceWorks icon to begin using the program, they were presented with a message box asking if the user wanted to install ServiceWorks. (Exh. J at 1.)

510106_1.DOC

21. If the user clicked "no" to the installation, the message box disappeared and nothing else happened. In other words, the ServiceWorks program would neither start nor proceed with installation of the slightly-modified version. If the employee clicked on the ServiceWorks icon again, then the same message box would pop up again.

22. Accordingly, on or before July 6, 2004, Xcel had modified Depot America's system in such a way that it was impossible for Depot America's employees to use ServiceWorks without agreeing to install the slightly-modified version. In other words, on or before July 6, 2004, Xcel disabled the ServiceWorks version that Depot America had been using prior to that date, such that the prior version could no longer be used regardless of whether the employee agreed to install the modification or not.

23. If the user agreed to the installation of the slightly-modified version, a new screen appeared that presented the Depot America employee with what was purported to be an agreement (Exh. J at 2) (hereafter, the "clickwrap"). The screen also asked if the user agreed to the terms of the partially-displayed clickwrap (to see the entire agreement, the user had to click, many times, on a button with a down arrow). The screen also stated: "If you choose no, setup will close. To install ServiceWorks, you must accept this agreement."

24. If the user clicked "no" to the clickwrap, another message box came up that warned the user that installation was incomplete. (Exh. J at 3.) The message box asked the user if they were sure they wanted to terminate the installation. If the user indicated that they wanted to terminate the installation, the message box disappeared and nothing else happened. If the employee thereafter tried to run ServiceWorks after terminating the installation, the process identified above in paragraph 20 would start all over again. If the user indicated that they wanted

6

510106_1.DOC

to proceed with the installation, they were presented with the clickwrap again, with the same options and results.

25.     Accordingly, on or before July 6, 2004, Xcel modified Depot America's system in such a way that it was impossible for Depot America's employees to use the ServiceWorks program without clicking "yes" to the clickwrap.  In other words, on or before July 6, 2004, Xcel disabled the ServiceWorks version that Depot America had been using prior to that date, such that the prior version could no longer be used regardless of whether the employee clicked "yes" or "no" to the clickwrap.

26.     We thus discovered that Xcel had configured and modified Depot America's computer systems so that Depot America could not use any version of the ServiceWorks software, old or new, unless the user clicked "yes" to the clickwrap.

27.     In other words, Xcel did *not* give Depot America employees the option of either (1) using an old version under whatever agreement may have been in effect or (2) using a new version under the new clickwrap.  Instead, Xcel disabled the old version of the ServiceWorks program so that a Depot America employee could never run it after July 6, 2004.

28.     I have been asked to estimate the cost for support through the end of year 2004 assuming that we had to pay Xcel for each hour it spent fixing errors or answering questions about the ServiceWorks program that Depot America cannot answer itself.  I estimate that Depot America would require approximately 100 hours of such support from the date of this declaration until the end of 2004, which would equate to $12,000 dollars of support at Xcel's $120/hour charge.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2004

_____
Jerry Gorman

Gorman Decl 500 510106_1.DOC