# EXHIBIT G





2



3



4



5

# EXHIBIT H

# Jerry Gorman

| | |
|---|---|
| **From:** | Joe DiPilato [jdipilato@xcelsoftware.com] |
| **Sent:** | Friday, July 02, 2004 8:32 AM |
| **To:** | Dolly Medrano; Bob Leonard; Tom O'Donnell; John Tiano; Carol Nobbs; David Montanaro; Jerry Gorman; Dave Dailey; Michael Mount; Kristen Boardman; Gail Straus; Erin Morsch; Chris Sinibaldi |
| **Subject:** | Release |

 

EmailInvoice.pdf    KitProcessing.pdf

The release with the attached items is now on the Test server for your review.

Joe...

***ServiceWorks*™**

# Release Notes
**Work Order #: 101278**

## Depot  America

### RFQ06280403

**1. Email Invoice Selection**

Modify the selection of Invoice records for emai invoicing to not include invoices with numbers containing 'CMC' or 'CMR'.  Do not include Core Invoices.

**Notes:** Complete.

**2. Testing**

Testing for above.

**Notes:** Complete.

| **BILLABLE** | 2.00 | **NON-BILLABLE** | 0.00 | **CONTRACT** | 0.00 | **WARRANTY** | 0.00 |
|---|---|---|---|---|---|---|---|

**Opened: 06/29/2004**                                       *Xcel Software, Inc.*                                       Page 1 of 1

# *ServiceWorks*™ 

# Release Notes
**Work Order #: 101276**

## Depot America

### RFQ - Kit Processing 06.28.04

**1. Expand Filter**

As requested on item 1 of associated RFQ, expand the current filter of MAT KIT to also allow MAT MFG SUB.

**Notes:** Complete.

**2. Testing**

Testing for above.

**Notes:** Complete.

| BILLABLE | 0.75 | NON-BILLABLE | 0.00 | CONTRACT | 0.00 | WARRANTY | 0.00 |
|---|---|---|---|---|---|---|---|

# EXHIBIT I

# Jerry Gorman

| | |
|---|---|
| **From:** | Jerry Gorman |
| **Sent:** | Friday, July 02, 2004 11:18 AM |
| **To:** | 'Joe DiPilato'; Dolly Medrano; Bob Leonard; Tom O'Donnell; John Tiano; Carol Nobbs; David Montanaro; Dave Dailey; Michael Mount; Kristen Boardman; Gail Straus; Erin Morsch; Chris Sinibaldi |
| **Subject:** | RE: Release |

Joe-

Please release this version on Tuesday 7/6/04.

Thank you and have a great 4th!

-Jerry

-----Original Message-----
From: Joe DiPilato [mailto:jdipilato@xcelsoftware.com]
Sent: Friday, July 02, 2004 8:32 AM
To: Dolly Medrano; Bob Leonard; Tom O'Donnell; John Tiano; Carol Nobbs; David Montanaro; Jerry Gorman; Dave Dailey; Michael Mount; Kristen Boardman; Gail Straus; Erin Morsch; Chris Sinibaldi
Subject: Release

The release with the attached items is now on the Test server for your review.


Joe...

1

# EXHIBIT J





2



3