UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XCEL SOFTWARE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-11581 (REK) |
| | : | |
| v. | : | |
| | : | |
| DEPOT AMERICA, INC., | : | |
| | : | |
| Defendant. | x | |

**DECLARATION OF FRANK THOENNES**

I, FRANK THOENNES, declare and state as follows:

1.     I am the Senior Software Architect of Depot America, Inc. ("Depot America"). I submit this declaration in support of Depot America's request for a temporary restraining order and motion for preliminary injunction.

2.     Around mid to late June 2004, my supervisor, Jerry Gorman, asked me to write a program which would create monthly reports (hereafter, the "Lexmark ASP Reports") for certain customers of Lexmark called "authorized service providers" or "ASPs". Specifically, the reports would be sent every month to those Lexmark ASPs that signed up on our website to receive such a report. The report would summarize the quantity and dollar value of Lexmark parts purchased by Lexmark ASPs.

3.     To prepare the reports, I needed to match the list of the Lexmark ASPs, who were our customers, with the products they purchased during the current year up through the prior month. Therefore, I added a single list (called a "table") of the ASPs to the Microsoft SQL

database file that contained the data about our customers. In that way, my program was able to match the Lexmark ASPs to their year-to-date purchases.

4. I did not need nor use any portion of the ServiceWorks program to prepare Lexmark Monthly ASP Reports. I did not need to do so because the reports are based solely on Depot America's data relating to our customers (their monthly purchases). This data is stored in a file stored on Depot America's computers. To get information into and out of the file, one uses at least software provided by Microsoft (Microsoft SQL Server) and optionally in cooperation with other software. Therefore, there was no need to use any portion of the ServiceWorks program in connection with this project.

5. Although the ServiceWorks program stores our customer information in the same Microsoft SQL database file in which I temporarily stored the list of Lexmark's ASP customers, there was no need to — and I did not — modify a single table used by the ServiceWorks programs in order to prepare the Lexmark ASP Reports.

6. Once the reports were generated, I deleted the list of the Lexmark ASPs from the Microsoft SQL database file containing our data on July 1, 2004. I deleted the list because there was no need to keep in the database after the reports were generated. Indeed, leaving the list in the database could have created confusion later on because the list only reflected the list of Lexmark ASPs existing as of June.

7. To be on the safe side, I ran a test of the program on a test server before I ran it using our actual data. This included making a test list of Lexmark ASPs.

8. It is my understanding that Joe DiPilato alleges that he accessed some of our files remotely from his office and saw a copy of this table on the test server (internally called the "FS2 server") on July 7, 2004. I do not recall when I deleted the table from the test server, but upon

510126_1.DOC

hearing the allegation, I confirmed that the table was no longer on the test server by July 23, 2004.

9.  It is my understanding that Xcel alleges that Depot America relied on a proposal by Mr. DiPilato to prepare the Lexmark ASP Reports. However, prior to this lawsuit, I was never told that Xcel submitted a proposal regarding the Lexmark ASP Reports, and I never saw such a proposal. Moreover, the only guidance that Mr. Gorman provided me on this issue was to give me a sample report of how our data should be presented.

10. It is my understanding that Xcel alleges that I "reversed engineered" the information stored by ServiceWorks in the Microsoft SQL database file by the use of diagrams.

11. When I was hired, I was instructed to familiarize myself with Depot America data stored in our Microsoft SQL database file. There are numerous programs which allow programmers to see the information contained in a Microsoft SQL database file. These programs include the Microsoft SQL program and others.

12. The information contained in Depot America's Microsoft SQL file can be viewed as either a simple list of words (such as the name and fields of a table of customers) or a diagram. A diagram basically shows the same information, but places boxes around the tables and their fields so they are easier to differentiate. The diagram may also show relationships between the tables that are stored in the database, such that a line points from the customer number in the invoice table to the table of containing customer information. These diagrams can be given names and stored in the database itself for future reference.

13. I did use some diagrams to view the tables in the Microsoft SQL database file that stored Depot America's customer, vendor and product information in a file stored on Depot

510126_1.DOC

America's servers, and those diagrams are stored in the database file. I did not create any diagrams of the ServiceWorks software.

14. The Microsoft SQL database file was specifically configured to allow Depot America's administrators to see anything related to how our data was formatted in the database file stored in our servers. In this regard, all of the information contained in the diagrams was in "plain sight" to Depot America.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2004

_____
Frank Thoennes