UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
XCEL SOFTWARE, INC.,            )
     Plaintiff,                 )
                                )
     v.                         )     C.A. No. 04-11581-REK
                                )
DEPOT AMERICA, INC.,            )
     Defendant.                 )
```

ORDER

WOLF, D.J.                                    August 20, 2004

The court has received defendant Depot America, Inc.'s Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction (the "Motion"). The court is ordering plaintiff Xcel Software, Inc. ("Xcel") to respond to the Motion by August 24, 2004. However, the court will allow the parties additional time to brief the Motion fully if they are able to reach an agreement that will provide for continued support services for the ServiceWorks program pending the court's ruling on the Motion.

Accordingly, it is hereby ORDERED that:

1.  The parties shall confer and, by 12:00 noon on August 23, 2004, report whether they have reached an agreement that will provide for continued support services for the ServiceWorks program pending the court's ruling on the Motion. If the parties have reached an agreement, they shall propose a schedule for submitting additional papers in opposition to and support of the Motion.

2.  If no agreement is reached pursuant to paragraph 1, Xcel shall, by 5:00 p.m. on August 24, 2004, respond to the Motion.

                              /s/ Mark L. Wolf
                        UNITED STATES DISTRICT JUDGE