IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XCEL SOFTWARE, INC., : | |
|            Plaintiff : | |
| v. : | CIVIL ACTION NO. 04-11581 REK |
| DEPOT AMERICA, INC., : | **MOTION FOR PRELIMINARY INJUNCTION** |
|            Defendant : | |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Xcel Software, Inc. ("Xcel") respectfully moves for a preliminary injunction ordering Defendant Depot America, Inc. ("Depot") to cease and desist immediately from any and all acts of copyright infringement and reverse engineering with respect to the software program provided to it by Xcel, and to enjoin any further use by Defendant of said software.

By its actions, the Defendant has demonstrated that it is unwilling to abide by its contractual obligations and the requirements of the Copyright Act, absent judicial intervention. Specifically, Xcel seeks an order of the Court:

    (a)    Prohibiting Defendant from committing any and all further acts of infringement of Plaintiff's copyright in the ServiceWorks software program, including the creation of any derivative works and the making of any unauthorized copies of such software;

    (b)    Prohibiting Defendant from further acts of reverse engineering, decompiling or disassembling Xcel's ServiceWorks software program; and

    (b)    Ordering Defendant to immediately cease all use of the ServiceWorks software program, as well as any and all derivative works thereof.

In further support of this motion, Xcel relies on its First Amended Complaint and the Memorandum of Law attached hereto.

1

Date:  August 19, 2004

Respectfully submitted,

XCEL SOFTWARE, INC.,
By its attorney,

By: _____
Sean Ploen (BBO # 641279)
BOSTON LAW GROUP, LLP
20 Park Plaza, Suite 637
Boston, MA  02116
Tel. (617) 426-6800

In accordance with Local Rule 7.1(A)(2), counsel for Plaintiff hereby certifies that he conferred with counsel for Defendant on August 19, 2004 and attempted in good faith to resolve or narrow the issue, but such attempt was unsuccessful.

_____