```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

XCEL SOFTWARE, INC.,            )
    Plaintiff,                  )
                                )
    v.                          )     C.A. No. 04-11581-REK
                                )
DEPOT AMERICA, INC.,            )
    Defendant.                  )

## ORDER

WOLF, D.J.                                          August 20, 2004

    The court has received plaintiff Xcel Software, Inc.'s Motion for Preliminary Injunction (the "Xcel Motion"). It is hereby ORDERED that, if the parties are unable to reach the agreement described in paragraph 1 of the Order issued earlier today (Docket No. 6), defendant Depot America, Inc. shall, by 5:00 p.m. on August 24, 2004, respond to the Xcel Motion.

```
                              /s/ Mark L. Wolf
                         UNITED STATES DISTRICT JUDGE
```