UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XCEL SOFTWARE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-11581 (REK) |
| v. | : | |
| | : | |
| DEPOT AMERICA, INC., | : | |
| | : | |
| Defendant. | : | |
| | x | |

**DEFENDANT'S MOTION TO SCHEDULE HEARING
ON TEMPORARY RESTRAINING ORDER AND TO
EXTEND TIME TO RESPOND TO PRELIMINARY INJUNCTION**

Depot America, Inc. on August 19, 2004 moved for a temporary restraining order on the narrow request for enjoining plaintiff Xcel Software, Inc. from withdrawing needed support for the licensed computer program which Depot America uses. On an emergency basis, this Court ordered Xcel to respond by August 24, 2004, unless the parties could reach an agreement on an alternative schedule. The parties engaged in negotiations over the weekend and have been unable to reach an agreement. Depot America has offered to extend Xcel's time to respond on the terms proposed by the Court in its order of August 20, 2004 and allow more time to resolve the issue without court intervention. Xcel declined and intends to proceed with filing its opposition papers on August 24, 2004. Thus, Depot America's motion for a temporary restraining order will be ready to be heard by this Court this week and Depot America requests that a hearing be held on its motion for a temporary restraining order as soon as the Court's schedule permits.

In reaction to Depot America's filing, later on August 19, 2004, Xcel filed a motion for a preliminary injunction seeking the ultimate remedy in this action that Depot America stop using

the licensed computer program. Xcel did not request a temporary restraining order. Xcel's motion for preliminary injunction raises all of the merits of the underlying breach of contract and copyright claims that form the involved dispute between the parties. An injunction that Depot America stop all use of the ServiceWorks program would effectively provide the remedy Xcel seeks after trial and would put Depot America out of business until it could obtain a substitute software which is likely to take 6 months.

Late on Friday, August 20, 2004, the Court entered an order directing Depot America to respond to Xcel's motion for preliminary injunction by August 24, 2004. Because Xcel's motion for a preliminary injunction raises the ultimate issues in dispute, Depot America needs additional time to respond to the motion. Furthermore, Depot America respectfully requests additional time to investigate the facts so a full record may be presented to the Court. Xcel has submitted two copyright registrations, but without the deposits which show what program was covered by the registrations. Depot America needs discovery of the programs on which Xcel filed. There are also disputes over the agreements between the parties and the meaning of language in the agreements. Depot America needs discovery of Xcel on those issues before the preliminary injunction motion can be resolved.

Accordingly, Depot America respectfully requests that Xcel's motion for a preliminary injunction be set on a schedule which will allow the parties ample time to take discovery and address the needed issues. Depot America requests that the Court allow a two-week period for discovery and provide that Depot America's opposition papers be due on September 10. That motion could then be heard during the week of September 13, 2004.

WHEREFORE, Depot America requests that this Court schedule a hearing on its motion for a temporary restraining order as soon as the Court's schedule permits and allow two weeks for discovery on Xcel's motion for a preliminary injunction and extend the time for Depot America to respond to the motion to and including September 10, 2004

    Respectfully submitted,

    *Attorneys for Defendant counterclaim-plaintiff*
     *Depot America, Inc.*

    /s/ Jennifer L. Finger
    John Egan, BBO #151670
    Jennifer L. Finger, BBO #641830
    POSTERNAK BLANKSTEIN & LUND LLP
    Prudential Tower
    800 Boylston Street
    Boston, MA  02199
    Tel:    617-973-6226
    Fax:    617-722-4920

**OF COUNSEL:**
Charles P. Kennedy
Jeffrey S. Dickey
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908 654 5000
Fax:    908 654 7866

## CERTIFICATE OF SERVICE

I, Jennifer L. Finger, certify that I served a copy of the within document on Sean Ploen, Esquire, Boston Law Group, LLP, 20 Park Plaza, Suite 637, Boston, MA  02116, by facsimile and first-class mail, postage prepaid, on August 23, 2004.

    /s/ Jennifer L. Finger
    Jennifer L. Finger