IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
:
XCEL SOFTWARE, INC., :
 :
 :
                 Plaintiff :
 :
        v. :   CIVIL ACTION NO.
 :   04-11581 REK
 :
DEPOT AMERICA, INC., :
 :
                Defendant :
_____:

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
SCHEDULE HEARING ON TEMPORARY RESTRAINING ORDER
AND TO EXTEND TIME TO RESPOND TO PRELIMINARY INJUNCTION**

      On August 19, 2004, Defendant Depot America, Inc. ("Depot") filed a Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction in connection with the above-referenced matter, along with nearly 100 pages of supporting materials; later that same day, Plaintiff Xcel Software, Inc. ("Xcel") filed a Motion for Preliminary Injunction. On August 20, this Court ordered the parties to file their oppositions to each other's respective requests for preliminary relief by no later than 5:00 p.m. on August 24, absent an agreement in the meantime. No agreement was reached.

      Now, on the eve of that opposition filing deadline, Depot has filed a motion requesting a time extension. Depot, however, asks the Court to provide a delay only as to consideration of Xcel's Motion, while continuing to request the Court's immediate consideration of Depot's own Motion for Temporary Restraining Order, with the effect that Xcel would have to meet the August 24 opposition deadline.

      Xcel opposes Depot's request to the extent that it would unfairly favor Depot at

the expense of Xcel.  The ultimate issues in dispute--whether Depot infringed Xcel's copyright and whether Depot violated its contractual obligations to Xcel--are raised and addressed in both Xcel's Motion for Preliminary Injunction and Depot's Motion for Temporary Restraining Order, and time to conduct initial discovery thus would be equally important to both parties.

Xcel therefore respectfully requests that if the Court grants Depot's request and agrees to defer consideration of Xcel's Motion for Preliminary Injunction until the week of September 13, 2004, that the Court also agree to defer consideration of Depot's Motion for Temporary Restraining Order until that time.  Xcel would have no objection to Depot's proposed new opposition deadline, namely, September 10, 2004.

Respectfully submitted,

Date:  August 23, 2004

XCEL SOFTWARE, INC.,
By its attorney,

By:  /s/ Sean Ploen_____
Sean Ploen (BBO # 641279)
BOSTON LAW GROUP, LLP
20 Park Plaza, Suite 637
Boston, MA  02116
Tel. (617) 426-6800

### CERTIFICATE OF SERVICE

I, Sean Ploen, certify that I served a copy of the within document on Jennifer L. Finger, Posternak, Blankstein & Lund, LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199, by first-class mail, postage prepaid, on August 23, 2004.

 /Sean Ploen/_____
Sean Ploen