# BOSTON LAW GROUP, LLP

ATTORNEYS AT LAW
20 PARK PLAZA, SUITE 637
BOSTON, MASSACHUSETTS 02116

Main (617) 426-6800
Direct (617) 426-6809

Fax (617) 426-6802
sploen@bostonlawgroup.com

August 23, 2004

**Via Facsimile with Confirmation by First-Class Mail**
Mr. Dennis O'Leary
Clerk to the Hon. Mark L. Wolf
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: *Xcel Software, Inc. v. Depot America, Inc.*
    Civil Action No. 04-11581 REK

Dear Mr. O'Leary:

This letter is to confirm that in accord with Judge Wolf's August 20, 2004 order in the above-referenced case, the parties have conferred concerning Defendant Depot America, Inc.'s request for continued technical support services for the ServiceWorks program. The parties have not been able to reach an agreement concerning this matter, and Plaintiff Xcel Software, Inc. thus will respond to Defendant's Motion for Temporary Restraining Order by 5:00 p.m. on August 24, 2004.

Yours sincerely,

Sean Ploen

cc: Charles Kennedy, Esq., Attorney for Depot America, Inc.