UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XCEL SOFTWARE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-11581 (REK) |
| v. | : | |
| | : | |
| DEPOT AMERICA, INC., | : | |
| | : | |
| Defendant. | : | |
| | x | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN
FURTHER SUPPORT OF ITS MOTION TO SCHEDULE HEARING
ON TEMPORARY RESTRAINING ORDER AND TO
<u>EXTEND TIME TO RESPOND TO PRELIMINARY INJUNCTION</u>**

Defendant, Depot America, respectfully requests leave to file a reply memorandum in further support of its Motion to Schedule Hearing On Temporary Restraining Order and to Extend Time to Respond to Preliminary Injunction.  The reply is necessary to respond to the proposal made in the plaintiff's opposition.  The reply is short and will assist the Court.

Respectfully submitted,

*Attorneys for Defendant counterclaim-plaintiff
  Depot America, Inc.*

/s/ Jennifer L. Finger
John Egan, BBO #151670
Jennifer L. Finger, BBO #641830
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:    617-973-6226
Fax:    617-722-4920

**OF COUNSEL:**
Charles P. Kennedy
Jeffrey S. Dickey
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908 654 5000
Fax:   908 654 7866

## CERTIFICATE OF SERVICE

I, Jennifer L. Finger, certify that I served a copy of the within document on Sean Ploen, Esquire, Boston Law Group, LLP, 20 Park Plaza, Suite 637, Boston, MA 02116, by facsimile and first-class mail, postage prepaid, on August 23, 2004.

/s/ Jennifer L. Finger
Jennifer L. Finger