UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XCEL SOFTWARE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-11581 (REK) |
| v. | : | |
| | : | |
| DEPOT AMERICA, INC., | : | |
| | : | |
| Defendant. | : | |
| | x | |

### DEFENDANT'S REPLY ON MOTION TO SCHEDULE HEARING ON TEMPORARY RESTRAINING ORDER AND TO EXTEND TIME TO RESPOND TO PRELIMINARY INJUNCTION

Defendant Depot America, Inc. has pending a motion for a temporary restraining order to enjoin plaintiff Xcel Software, Inc. from withdrawing needed support for a licensed computer program which Depot America uses. Xcel responded with a motion for a preliminary injunction. The parties were initially set to oppose each motion by August 24, 2004. Depot America had requested an extension on Xcel's motion, and the Court has now indicated that the positions of the parties on the extension is being considered.

To be clear in advance of the Court making a decision on scheduling, it is of paramount importance to Depot America that its motion for a temporary restraining order be heard promptly. Depot America has just experienced a problem with the ServiceWorks program in which it is erroneously sending emails to Depot America's customers indicating problems with their accounts which are false. Depot America, therefore, immediately needs the technical support from Xcel that it is contractually obligated to provide. The motion for a temporary restraining order seeks an Order from the Court requiring Xcel to provide the necessary support.

If the Court decides that both motions should be handled at the same time and on the same schedule, Depot America respectfully requests that the Court decide that both oppositions should be filed by 5:00 p.m. on August 25, 2004, tomorrow. Depot America is prepared to proceed on that schedule. Xcel has indicated that it also is prepared to so proceed.

Respectfully submitted,

*Attorneys for Defendant counterclaim-plaintiff Depot America, Inc.*

/s/ Jennifer L. Finger
John Egan, BBO #151670
Jennifer L. Finger, BBO #641830
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:    617-973-6226
Fax:    617-722-4920

**OF COUNSEL:**
Charles P. Kennedy
Jeffrey S. Dickey
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:    908 654 5000
Fax:    908 654 7866

**CERTIFICATE OF SERVICE**

I, Jennifer L. Finger, certify that I served a copy of the within document on Sean Ploen, Esquire, Boston Law Group, LLP, 20 Park Plaza, Suite 637, Boston, MA  02116, by facsimile and first-class mail, postage prepaid, on August 23, 2004.

/s/ Jennifer L. Finger
Jennifer L. Finger