UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**XCEL SOFTWARE, INC.**
        Plaintiff

                                           CIVIL ACTION
                                           NO. 04-11581-MLW

    V.

**DEPOT AMERICA, INC.**
        Defendants


**NOTICE**

**WOLF, D.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been set for a **STATUS CONFERENCE** on **AUGUST 25, 2004** at **11:00** A.M. before Judge **WOLF** in Courtroom # **10** on the **5th** floor.


                                              TONY ANASTAS, CLERK


**August 25, 2004**                By:   /s/ Dennis O'Leary
**Date**                                   Deputy Clerk


**Notice mailed to:**
(notice.frm - 10/96)                                                          [ntchrgcnf.]