UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| XCEL SOFTWARE, INC., :<br>:<br>Plaintiff, :    Civil Action No. 04-11581 (REK)<br>v. :<br>:<br>DEPOT AMERICA, INC., :<br>:<br>Defendant. x | |

## DEFENDANT'S MOTION FOR LEAVE TO ADMIT
## CHARLES P. KENNEDY *PRO HAC VICE*

In accordance with Rule 3.5.3(b), Jennifer L. Finger, a member of the Bar of Massachusetts, respectfully moves for admission *pro hac vice* of Charles P. Kennedy of the law firm of Lerner, David, Littenberg, Krumholz & Mentlik, LLP, 600 South Avenue West, Westfield, New Jersey 07090-1497, to appear and practice in this Court for this case as counsel for the defendant Depot America, Inc.  As detailed in the Affidavit of Charles P. Kennedy (attached hereto as Exhibit A), he is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice.  There are no disciplinary proceedings pending against him as a member of the Bar in any jurisdiction, and he is familiar with the local rules of the United States District Court for the District of Massachusetts.  Payment of the Fifty ($50.00) Dollar admission fee has been submitted to the Clerk of the Court, my firm has previously appeared as counsel for the defendant in this action.

WHEREFORE, Jennifer L. Finger hereby respectfully requests that this Court grant the motion for leave to admit Charles P. Kennedy *pro hac vice*.

                    Respectfully submitted,

                    *Attorneys for Defendant counterclaim-plaintiff*
                      *Depot America, Inc.*

                    /s/ Jennifer L. Finger
                    John Egan, BBO #151670
                    Jennifer L. Finger, BBO #641830
                    POSTERNAK BLANKSTEIN & LUND LLP
                    Prudential Tower
                    800 Boylston Street
                    Boston, MA  02199
                    Tel:    617-973-6226
                    Fax:   617-722-4920

Dated: August 25, 2004

**OF COUNSEL:**
Charles P. Kennedy
Jeffrey S. Dickey
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908 654 5000
Fax:   908 654 7866

## CERTIFICATE OF SERVICE

    I, Jennifer L. Finger, certify that I served a copy of the within document on Sean Ploen, Esquire, Boston Law Group, LLP, 20 Park Plaza, Suite 637, Boston, MA 02116, by facsimile and first-class mail, postage prepaid, on August 25, 2004.

/s/ Jennifer L. Finger
Jennifer L. Finger