UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

XCEL SOFTWARE, INC.,

           Plaintiff,

v.

DEPOT AMERICA, INC.,

           Defendant.

Civil Action No. 04-11581 (REK)

**AFFIDAVIT OF CHARLES P. KENNEDY**

I, Charles P. Kennedy, hereby certify as follows:

1. I am a member in good standing of the Bars of the State of New Jersey; the State of New York, U.S. District Court, Southern District of New York; U.S. District Court, Eastern District of New York; U.S. District Court, District of New Jersey; U.S. Court of Appeals for Third Circuit; U.S. Court of Appeals for Federal Circuit; U.S. Court of Appeals for First Circuit; and U.S. Court of Appeals for Second Circuit.

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction where I have been admitted to practice.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and have associated with Attorneys John Egan and Jennifer L. Finger of the firm of Posternak Blankstein & Lund, LLP in Boston, Massachusetts for the purpose of representing the plaintiff in the above-entitled matter.

4. I hereby respectfully petition this Court to admit me *pro hac vice* to the bar of this Court for the purpose of representing the plaintiff in the above-entitled action.

_____
Charles P. Kennedy