

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

XCEL SOFTWARE, INC.,
             :
             :
          Plaintiff,    :   Civil Action No. 04-11581 (REK)
v.           :
             :
DEPOT AMERICA, INC.,    :
             :
          Defendant.    :
_____ x

### *AND* [~~PROPOSED~~] TEMPORARY ORDER CONCERNING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION FOR TEMPORARY RESTRAINING ORDER

After hearing before this Court on August 25, 2004,

**IT IS HEREBY ORDERED THAT,** pending the hearing and final determination of Plaintiff's Motion for Preliminary Injunction and Defendant's Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, the parties, their officers, agents, servants, employees, and attorneys, are directed as follows:

**PLAINTIFF** is restrained and enjoined from discontinuing its support services for the ServiceWorks program for "per incident support" and shall continue to render the following services during normal working hours:

> Within the support-plan applicable number of hours of receiving a report of a verifiable and reproducible Error and verifying that such an Error is present, (i) initiate work to develop an Error Correction, (ii) use all reasonable diligence to complete development of such Error Correction, (iii) upon completion, provide User at least a "temporary fix" consisting of sufficient programming and operating instructions to enable User to implement the Error Correction, and (iv) include the Error Correction in all subsequent releases of the Product(s).

The terms "Error" and "Error Correction" shall be given the definitions assigned them in the Xcel Software, Inc. Software Support Policy.

**DEFENDANT** is restrained and enjoined from:

1

(1) Adding or removing a table from the ServiceWorks program, or a database portion of or used by such program;

(2) Creating or removing diagrams from the ServiceWorks program, or a database portion of or used by such program;

(3) Copying or making any other modifications to the ServiceWorks program, or a database portion of or used by such program. Nevertheless, Depot America shall be permitted at all times to enter data and extract its own data from the ServiceWorks program, or a database portion of or used by such program; and, using Microsoft Excel's "database query" to create a report of the table names, field names and data stored in the database used by the ServiceWorks program, and then using such table names and field names in SQL SELECT queries to process and store data in databases not used by the ServiceWorks program. User shall not extract data by means that reveal relationships of the database structure (excluding implied relationships that are inherent from the fields alone, such as listing a customer number in a table of customer invoices).

(4) Any acts of reverse engineering [excluding *normal observation of* ~~observing~~ the program in normal operation], decompiling or disassembling of Xcel's ServiceWorks software program, or a database portion of or used by such program.

The parties shall engage in two weeks of expedited discovery and shall file any response or opposition they may have to the other's respective Motion on or before Friday, September 10; the parties also shall ask the Court to hold a hearing on these matters during the week of September 13, absent a prior agreement between the parties to extend such deadlines.

*As agreed by the parties, this Temporary Restraining Order shall not expire until the District Judge decides the parties' now-pending motions for temporary or preliminary injunctive relief. See F.R.C.P. 65(b).*

Date: August 25, 2004    _____    4:35 p.m.
UNITED STATES DISTRICT JUDGE