UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| XCEL SOFTWARE, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 04-11581 (REK) |
| v. | : | |
| | : | |
| DEPOT AMERICA, INC., | : | |
| | : | |
| Defendant. | x | |

## STIPULATED ORDER OF SETTLEMENT

WHEREAS, Plaintiff Xcel Software, Inc. ("Xcel") has alleged that Defendant Depot America, Inc. ("Depot America") violated Xcel's copyright in Xcel's ServiceWorks software program and breached license agreements governing Depot America's use of that program; and

WHEREAS, Depot America has denied that it has violated any copyright or breached its license and has asserted counterclaims against Xcel; and

WHEREAS, the parties have entered into a settlement agreement (the "Settlement Agreement") to resolve this dispute, and have further agreed to the terms of this Order as part of the Settlement Agreement; and

WHEREAS, pursuant to the Settlement Agreement, Depot America has paid Xcel a confidential sum of money and agreed to have Xcel perform an audit of Depot America's computer systems;

IT IS HEREBY ORDERED AS FOLLOWS:

1. This case is hereby dismissed with prejudice, all matters in controversy having been fully settled, compromised and adjourned. This Court shall retain jurisdiction as necessary to enforce the terms of the Settlement Agreement being executed in connection with this Order.

2. Each party shall bear its own costs, including attorneys fees.

LDLKM_513772_1

3.  This Order shall not be confidential.

| **XCEL SOFTWARE, INC.** | **DEPOT AMERICA, INC.** |
|---|---|
| BOSTON LAW GROUP, LLP<br>20 Park Plaza, Suite 637<br>Boston, MA 02116<br>Tel:   617 426 6800<br>Fax:   617 426 6802<br>*Attorneys for Plaintiff*<br>  *Xcel Software, Inc.* | POSTERNAK, BLANKSTEIN & LUND<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Tel:   617 973 6226<br>Fax:   617 722 4920<br>*Attorneys for Defendant*<br>  *Depot America, Inc.* |
| By: _____<br>         Sean Ploen | By: _____<br>         John Egan |
| Dated: September 7, 2004 | Dated: September 8, 2004 |
|  | **Of Counsel:**<br>Charles P. Kennedy<br>Jeffrey S. Dickey<br>LERNER, DAVID, LITTENBERG,<br>  KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090-1497<br>Tel:   908 654 5000<br>Fax:   908 654 7866 |

SO ORDERED this
_____ day of September, 2004

_____
Robert E. Keeton
Senior U.S. District Judge